### No. 5.

#### ANONYMOUS. *Washington*, 1816.

AN administrator, in the State of Massachusetts, cannot, *as such*, maintain an action of *ejectment*, in the State of Vermont.

---

### No. 6.

#### BRIGGS, ADMINISTRATOR, *against* PROBATE DECREE.
#### *Windham*, 1817.

WHERE, on an appeal from the Judge of Probate, by the administrator, the cause, assigned for setting aside the decree, is, that the property inventoried, by him, was not the estate of the deceased; the Supreme Court will affirm the decree, with interest, unless it appears clearly, that the estate inventoried was not assets in his hands; a doubtful right will not avail.